IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL EVANS,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-1360 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** *et al.*, | : | |
| | : | |

# ORDER

**AND NOW**, this 20th day of May 2024, upon consideration of plaintiff Carl Evans's motion to proceed *in forma pauperis* (DI 1), and *pro se* Complaint (DI 2) it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Mr. Evans's Fourth Amendment claims asserted under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) are **DISMISSED WITH PREJUDICE**; and

    b. Mr. Evans's claims for injunctive relief asserted under the Federal Torts Claim Act are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

_____
**MURPHY, J.**